Commonwealth ex rel. Altizer, Appellant, *v*. Hendricks.

Submitted December 9, 1963. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Noah W. Altizer,* appellant, in propria persona.

*Julian F. King* and *Arlen Specter,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Opinion Per Curiam, March 17, 1964:

Appeal is repetitious of matters raised in prior petition. See *Com. ex rel. Altizer v. Hendricks*, 200 Pa. Superior Ct. 485, 190 A. 2d 348.

Order affirmed.